```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 05585
    JOHN T BJORK
    LUPE ESCALANTE BJORK                        CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-1309     SSN XXX-XX-5204

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/16/2006 and was confirmed 07/03/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES     CURRENT MORTG        .00             .00             .00
ONYX ACCEPTANCE CORP      SECURED              .00             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         9376.62             .00         9376.62
LVNV FUNDING LLC          UNSECURED         558.64             .00             .00
CAPITAL ONE               UNSECURED         637.05             .00           16.52
CARD SERVICE CENTER       NOTICE ONLY      NOT FILED           .00             .00
CROSS COUNTRY BANK        NOTICE ONLY      NOT FILED           .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED       17318.97             .00          449.17
DR JOHN TANSITANO         NOTICE ONLY      NOT FILED           .00             .00
DRS ADILMAN HATIN & LUBU  NOTICE ONLY      NOT FILED           .00             .00
CHARMING SHOPPES FASHION  FILED LATE       1073.51             .00             .00
GENERAL ELECTRIC/JCP CON  UNSECURED         665.08             .00           17.25
NORTHWESTERN MEMORIAL HO  NOTICE ONLY      NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1599.54             .00           41.49
LVNV FUNDING LLC          UNSECURED        7711.75             .00          200.00
LVNV FUNDING LLC          UNSECURED         828.21             .00           21.48
DISCOVER FINANCIAL SERVI  UNSECURED        8072.75             .00          209.37
CAPITAL ONE               UNSECURED         899.98             .00           23.34
CAPITAL ONE               UNSECURED         623.31             .00           16.16
INTERNAL REVENUE SERVICE  UNSECURED         653.19             .00           16.95
CAPITAL ONE AUTO FINANCE  NOTICE ONLY      NOT FILED           .00             .00
HSBC BANK NEVADA NA       UNSECURED         942.17             .00           24.43
B-LINE/APPLIED CARD BANK  UNSECURED        1764.21             .00           45.75
JC PENNEY                 NOTICE ONLY      NOT FILED           .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY      2,000.00                       2,000.00
TOM VAUGHN                TRUSTEE                                           663.80
DEBTOR REFUND             REFUND                                             15.49

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 05585 JOHN T BJORK & LUPE ESCALANTE BJORK
```

```
TRUSTEE                                     13,137.82

PRIORITY                                                         9,376.62
SECURED                                                               .00
UNSECURED                                                        1,081.91
ADMINISTRATIVE                                                   2,000.00
TRUSTEE COMPENSATION                                               663.80
DEBTOR REFUND                                                       15.49
                                         ---------------    ---------------
TOTALS                                      13,137.82           13,137.82
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 06/25/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```